No. 908. Márquez et al. *v.* Jordi.—Apelación procedente de la Corte de Distrito de Arecibo. Moción de la parte apelada para que se una a la transcripción de autos copia cer-

tificada de la sentencia apelada. Resuelto en diciembre 3, 1912. Con lugar la moción. Abogado de la parte promovente: *Sr. Luis Llorens Torres.* Abogado de la parte contraria: *Sr. Antonio Sarmiento.*